IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PRESIDENTIAL CANDIDATE NUMBER )
P60005535, "also known as" (aka) RONALD )
SATISH EMRIT, and PRESIDENTIAL )
COMMITTEE/POLITICAL ACTION )
COMMITTEE/SEPARATE SEGREGATED )
FUND (SSF) NUMBER C00569897 d/b/a )
UNITED EMRITS OF AMERICA, )
)
    Plaintiffs, )
)
v. ) CV 125-126
)
INTERNATIONAL COURT OF JUSTICE )
IN HAGUE, NETHERLANDS; UNITED )
NATIONS (UN); WORLD TRADE )
ORGANIZATION (WTO); COUNCIL ON )
FOREIGN RELATIONS (CFR); WORLD )
HEALTH ORGANIZATION (WHO); )
TRILATERAL COMMISSION; UNITED )
STATES EMBASSY OF POLAND; and )
EMBASSY OF POLAND IN THE UNITED )
STATES, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this 14th day of July, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA