AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PRESIDENTIAL CANDIDATE NUMBER P60005535, "also known as" (aka) RONALD SA'ITSH EMRIT, and PRESIDENTIAL COMMiTTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA,

v.

INTERNATIONAL COURT OF JUSTICE et. al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-126

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 14, 2025 the U.S. Magistrate Judge's Report and Recommendations is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed and this civil action stands closed.



July 14, 2025
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burrell*
(By) Deputy Clerk